1  Melissa Newel (#148563)
   NEWEL LAW
2  827 Broadway, Suite 205
3  Oakland, CA  94607
   (510) 316-3827
4  mnewel@newellawfirm.com

5  Attorney for Plaintiff
   CHARLES JOSEPH HAYDOSTIAN
6

7  BENJAMIN B. WAGNER
   United States Attorney
8  DEBORAH LEE STACHEL
9  Acting Regional Chief Counsel, Region IX
   Social Security Administration
10 ELLINOR R. CODER (#258258)
   160 Spear Street, Suite 800
11 San Francisco, CA  94105
12 (415) 977-8955
   ellinor.coder@sssa.gov
13
   Attorneys for Defendant
14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JOSEPH HAYDOSTIAN,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>        Defendant. | No.  1:15-CV-00058-GSA<br><br>**STIPULATION AND ORDER<br>EXTENDING BRIEFING SCHEDULE** |

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Plaintiff shall have a second extension of time of fifteen (15) days to serve his Confidential Letter Brief. Counsel for Plaintiff respectfully requests this additional time due to a serious illness in her family.  The new date for Plaintiff's Confidential Letter Brief shall be on or before **August 20, 2015**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 5, 2015 | NEWEL LAW |
|  |  |
|  | By: *Melissa Newel* |
|  | Melissa Newel |
|  | Attorney for Plaintiff |
|  | CHARLES JOSEPH HAYDOSTIAN |
|  |  |
| Dated: August 5, 2015 | BENJAMIN B. WAGNER |
|  | United States Attorney |
|  | DEBORAH LEE STACHEL |
|  | Acting Regional Chief Counsel, Region IX |
|  | Social Security Administration |
|  |  |
|  | By: `Ellinor Coder*` |
|  | Ellinor R. Coder |
|  | (*authorized by email dated 8/4/*2015) |
|  | Special Assistant U.S. Attorney |
|  | Of Counsel: Amanda Schapel |
|  | Attorneys for Defendant |

## **ORDER**

Based on the above stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, up to and including August 20, 2015, to serve his confidential letter brief on Defendant. All other deadlines set forth in the Scheduling Order (ECF No. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **August 6, 2015**            **/s/ Gary S. Austin**

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

1  UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE